# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 3, 2023

Lyle W. Cayce
Clerk

No. 22-50963
consolidated with
No. 22-50975

United States of America,

*Plaintiff—Appellee*,

*versus*

Victor Ruelas-Cienega,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:19-CR-430-1, 4:22-CR-498-1

Before Jolly, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Victor Ruelas-Cienega appeals his conviction and sentence under 8 U.S.C. § 1326 for illegal entry into the United States after deportation.[1] He

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

[1] Ruelas-Cienega also appeals the revocation of his supervised release and the 10-month sentence imposed on revocation, but he has abandoned by failing to brief any argument challenging the revocation or revocation sentence. *See United States v. Still*, 102 F.3d 118, 122 n.7 (5th Cir. 1996).

argues that the recidivism enhancement in § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory maximum established by § 1326(a) based on facts that are neither alleged in the indictment nor found by a jury beyond a reasonable doubt. Ruelas-Cienega has filed an unopposed motion for summary disposition acknowledging that this argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), but he seeks to preserve it for possible Supreme Court review.

This court has held that subsequent Supreme Court decisions such as *Alleyne v. United States*, 570 U.S. 99 (2013), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), did not overrule *Almendarez-Torres*. *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). Thus, Ruelas-Cienega is correct that his argument is foreclosed, and summary disposition is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Ruelas-Cienega's motion is GRANTED, and the district court's judgment is AFFIRMED.